FILED
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DONALD DOUGLAS BONE

    Plaintiff,

vs. DIRECTOR
CALIFORNIA DEPARTMENT OF
CORRECTIONS & REHABILITATION
WARDEN JOHN MARSHAL
CALIFORNIA MENS COLONY Defendant.
et al

CASE NO. 08  1156

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

MMC

(PR)

I, Donald Douglas Bone, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X    A1A UNASSIGNED

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: PREVIOUSLY: Prison Industry Authority while at C.T.F. Soledad

Gross: _____ Net: _____

Employer: _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____  - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Prison Industry Authority - Wood Products Division_
5  _@ .35¢/HR    ± $30.00/month Gross Salary_
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.  Business, Profession or      Yes ___ No _X_
10          self employment
11     b.  Income from stocks, bonds,      Yes ___ No _X_
12          or royalties?
13     c.  Rent payments?      Yes ___ No _X_
14     d.  Pensions, annuities, or      Yes ___ No _X_
15          life insurance payments?
16     e.  Federal or State welfare payments,      Yes ___ No _X_
17          Social Security or other govern-
18          ment source?

19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____

23 3.  Are you married?      Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $ _____ Net $ _____
28 4.  a.  List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?    Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?    Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes _____ No _____ If so, Total due: $ __N/A__
12 Monthly Payment: $ _____
13 7.  Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
14 Name(s) and address(es) of bank: __C.D.C. TRUST ACCOUNT__
15 _____
16 Present balance(s): $ __±$250.00__
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ _____ Utilities: __COPY CHARGES & LEGAL POSTAGE ±$20.00__
23 Food: $ __±$10.00__ Clothing: _____
24 Charge Accounts:
25 Name of Account        Monthly Payment        Total Owed on This Acct.
26 _____        $_____        $_____
27 _____        $_____        $_____
28 _____        $_____        $_____   9.  Do

1  you have any other debts? (List current obligations, indicating amounts and to whom they are
2  payable. Do not include account numbers.)
3  COURT ORDERED RESTITUTION          TOTAL $ 10,000
   SUPERIOR COURT OF CALIFORNIA
4  COUNTY OF SANTA CLARA              OUTSTANDING  9,036.04

5  10.    Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes  X   No ___

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.   SEE: MEMORANDUM OF POINTS AND AUTHORITIES
                           TABLE OF AUTHORITIES : CASES / LAW
9  _____
10 _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  FEB 21, 2008                    /s/ Donald D. Bone
                                    DONALD DOUGLAS BONE
17     DATE                         SIGNATURE OF APPLICANT

CASE No _____

TO BE COMPLETED AND MAILED DIRECTLY TO COURT BY COUNSELOR KEEL CCI CALIFORNIA MENS COLONY, WEST.

CERTIFICATE OF FUNDS
IN
PRISONER'S ACCOUNT

I CERTIFY THAT ATTACHED HERETO IS A TRUE AND CORRECT COPY OF THE PRISONERS TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS OF DONALD D BONE FOR THE LAST SIX MONTHS AT

CALIFORNIA MENS COLONY
P.O. BOX 8301
SAN LOUIS OBISPO, CA.   WHERE HE IS CONFINED.

I FURTHER CERTIFY THAT THE AVERAGE DEPOSITS EACH MONTH TO THIS PRISONERS ACCOUNT FOR THE MOST RECENT 6 MONTH PERIOD WERE $ _____ AND THE AVERAGE BALANCE IN THE PRISONER'S ACCOUNT FOR EACH MONTH FOR THE MOST RECENT 6-MONTH PERIOD WAS $ _____

DATED: _____

_____
[AUTHORIZED OFFICER OF INSTITUTION]

-5-

```
REPORT ID: TS3030  .701                                    REPORT DATE: 02/0
                                                                 PAGE NO:
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                             CALIFORNIA MENS COLONY
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: JAN. 10, 2008 THRU FEB. 04, 2008

ACCOUNT NUMBER : P30877                    BED/CELL NUMBER: WFU42400000300
ACCOUNT NAME   : BONE, DONALD DOUGLAS       ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                             TRUST ACCOUNT ACTIVITY

      << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                             CURRENT HOLDS IN EFFECT
     DATE        HOLD
    PLACED       CODE         DESCRIPTION              COMMENT      HOLD AMOUNT
    ------       ----         -----------              -------      -----------
  01/25/2008     H106   UNITED PARCEL SERVICE HOLD     3292              4.66
  01/25/2008     H106   UNITED PARCEL SERVICE HOLD     3292              6.35
  02/04/2008     H104   DAMAGES HOLD                   3426/W503        10.00

                              TRUST ACCOUNT SUMMARY

    BEGINNING      TOTAL         TOTAL         CURRENT        HOLDS      TRANSACTI
    BALANCE       DEPOSITS    WITHDRAWALS      BALANCE       BALANCE     TO BE POS
    ---------    ---------    -----------    ---------      ---------   ---------
       0.00         0.00          0.00           0.00          21.01           0


                                                                      CURRENT
                                                                     AVAILABL
                                                                      BALANCE
                                                                     ---------
                                                                           21
```