ORIGINAL

FILED
08 MAR 19 PM 2:26
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Donald Douglas Bone

Plaintiff,

CASE NO. CV 08  1156 MMC (PR)

vs. Director, James Tilton
California Department of Corrections
& Rehabilitation.
Warden, John Marshal
California Mens Colony, et al.
Defendant.

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Donald Douglas Bone, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No _X_ A1A Unassigned Status

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer: Previously: Prison Industry Authority while at C.T.F. Soledad

Gross: _____ Net: _____

Employer: _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4     Prison Industry Authority - Wood Products Division
5     @ .35¢/Hr     +/-     $30.00/Month Gross Salary
6  _____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.   Business, Profession or     Yes ___ No _X_
10         self employment
11    b.   Income from stocks, bonds,     Yes ___ No _X_
12         or royalties?
13    c.   Rent payments?     Yes ___ No _X_
14    d.   Pensions, annuities, or     Yes ___ No _X_
15         life insurance payments?
16    e.   Federal or State welfare payments,     Yes ___ No _X_
17         Social Security or other govern-
18         ment source?
19 If the answer is "yes" to any of the above, describe each source of money and state the amount
20 received from each.
21 _____
22 _____
23 3.  Are you married?     Yes ___ No _X_
24 Spouse's Full Name: _____
25 Spouse's Place of Employment: _____
26 Spouse's Monthly Salary, Wages or Income:
27 Gross $_____ Net $_____
28 4.  a.  List amount you contribute to your spouse's support:$ _____

1    b.    List the persons other than your spouse who are dependent upon you for
2          support and indicate how much you contribute toward their support. (NOTE:
3          For minor children, list only their initials and ages. DO NOT INCLUDE
4          THEIR NAMES.).
5    _____
6    _____
7  5.  Do you own or are you buying a home?        Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?                   Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ____ No ____ If so, Total due: $     N/A
12 Monthly Payment: $_____
13 7.  Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
14 Name(s) and address(es) of bank: ___C.D.C. Trust Account___ COPIES ATTACHED
15 _____
16 Present balance(s): $ _____ +/- $250.00 _____
17 Do you own any cash? Yes ___ No _X_ Amount: $_____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No _X_
20 _____
21 8.  What are your monthly expenses?
                                              Copy charges & Legal Postage
22 Rent: $ _____               Utilities: +/- $20.00
23 Food: $  +/- $10.00              Clothing: _____
24 Charge Accounts:
25 Name of Account         Monthly Payment          Total Owed on This Acct.
26 _____              $_____              $_____
27 _____              $_____              $_____
28 _____              $_____              $_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS            - 3 -

1  9. Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3     Court Ordered Restitution                          Total      $10,000
       Superior Court of California
4      County of Santa Clara                             outstanding $ 9,036.04
5  10. Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes _X_ No ___
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.    See: **MEMORANDUM OF POINTS AND AUTHORITIES**
9                                 Table of Authorities: CASES / LAW

10  _____

11     I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13     I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  ___February 21, 2008___                    _/s/ Donald D. Bone_____
17          DATE                                  SIGNATURE OF APPLICANT
18                                                  Donald Douglas Bone

COPY

NOTE TO COURT: - ORIGINAL COPY SENT TO CALIFORNIA MENS COLONY TRUST ACCOUNTING OFFICE FOR PROCESSING, MARCH 2008
- 1ST COPY SENT TO INMATE COUNSELOR KETEL CCI FEB 21 2008 - NO REPLY

Case Number: CV 08-1156 MMC (PR)

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of __Donald D Bone P-30877__ for the last six months
[prisoner name]
__California Mens Colony__ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____          _____
                              [Authorized officer of the institution]

-5-

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CALIFORNIA MENS COLONY
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

              FOR THE PERIOD: JAN. 10, 2008 THRU FEB. 04, 2008

ACCOUNT NUMBER : P30877                    BED/CELL NUMBER: UE0426L
ACCOUNT NAME   : BONE, DONALD DOUGLAS                ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                          TRUST ACCOUNT ACTIVITY

     << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                          CURRENT HOLDS IN EFFECT
    DATE         HOLD
   PLACED        CODE          DESCRIPTION              COMMENT       HOLD AMOUNT
  ----------    ------    ------------------------    -----------    -------------
  01/25/2008     H106     UNITED PARCEL SERVICE HOLD     3292              4.86
  01/25/2008     H106     UNITED PARCEL SERVICE HOLD     3292              6.35
  02/04/2008     H104     DAMAGES HOLD                   3426/WC03        10.00

                           TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL        TOTAL         CURRENT        HOLDS       TRANSACTIONS
    BALANCE     DEPOSITS    WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED
  ----------   ----------   -----------    -----------   -----------   --------------
      0.00         0.00         0.00           0.00         21.01           0.00


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE
                                                             ----------
```

```
EPORT ID: TS3030   .701                                            REPORT DATE: 01/08/08
                                                                   PAGE NO:        1
                      CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CTF SOLEDAD/TRUST ACCOUNTING
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: OCT. 01, 2007 THRU JAN. 08, 2008

 CCOUNT NUMBER  : P30877                    BED/CELL NUMBER: CFFWT1000000116U
 CCOUNT NAME    : BONE, DONALD DOUGLAS          ACCOUNT TYPE: I
 RIVILEGE GROUP: A
                              TRUST ACCOUNT ACTIVITY
       TRAN
 ATE   CODE    DESCRIPTION     COMMENT      CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE

 0/01/2007     BEGINNING BALANCE                                                  312.91

 0/06  D550    INMATE PAYROL   1107 PIA1                 36.20                    349.11
 0/23  FC05    DRAW-FAC 5      1315 EDORM                             22.20       326.91
 0/27  W476    DONATION-PROT   1376 TITHE                              5.00       321.91
 1/06  D550    INMATE PAYROL   1428 PIA                  30.05                    351.96
 1/09  W516    LEGAL COPY CH   1512 LCOPY                              4.10       347.86
 1/10  W516    LEGAL COPY CH   1526 LCOPY                              0.30       347.56
 2/06  D550    INMATE PAYROL   1746 PIA2                  7.04                    354.60
 2/26  FC01    DRAW-FAC 1      1968 ML                                30.00       324.60

                              TRUST ACCOUNT SUMMARY

   BEGINNING      TOTAL         TOTAL         CURRENT        HOLDS       TRANSACTIONS
    BALANCE      DEPOSITS    WITHDRAWALS      BALANCE       BALANCE      TO BE POSTED

    312.91        73.29         61.60          324.60         0.00          66.90


                                                              CURRENT
                                                             AVAILABLE
                                                              BALANCE

                                                               257.70
```



```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                         CTF SOLEDAD/TRUST ACCOUNTING
                        INMATE TRUST ACCOUNTING SYSTEM
                         INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: JUL. 01, 2007 THRU OCT. 11, 2007

 COUNT NUMBER : P30877                    BED/CELL NUMBER: CFED00000000106U
 COUNT NAME   : BONE, DONALD DOUGLAS      ACCOUNT TYPE: I
IVILEGE GROUP: A
                           TRUST ACCOUNT ACTIVITY
```

| TE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| /01/2007 | | BEGINNING BALANCE | | | | | 292.98 |
| /05 | *D550 | INMATE PAYROL | 0023 PIA2 | | 27.16 | | 320.14 |
| 717 | W516 | LEGAL COPY CH | 0215 LCOPY | | | 1.20 | 318.94 |
| /20 | W516 | LEGAL COPY CH | 0249 LCOPY | | | 0.10 | 318.84 |
| /20 | W516 | LEGAL COPY CH | 0249 LCOPY | | | 3.60 | 315.24 |
| /23 | FC05 | DRAW-FAC 5 | 0287 ED | | | 21.90 | 293.34 |
| /06 | D550 | INMATE PAYROL | 0401 PIA1 | | 70.03 | | 363.37 |
| /21 | FC05 | DRAW-FAC 5 | 0611 ED | | | 20.60 | 342.77 |
| /25 | W476 | DONATION-PROT | 0665 TITHES | | | 10.00 | 332.77 |
| /25 | W516 | LEGAL COPY CH | 0673 LCOPY | | | 36.26 | 296.51 |
| /25 | W516 | LEGAL COPY CH | 0677 LCOPY | | | 0.40 | 296.11 |
| /25 | W502 | POSTAGE CHARG | 0678 POST | | | 2.33 | 293.78 |
| /28 | W516 | LEGAL COPY CH | 0712 LCOPY | | | 3.50 | 290.28 |
| /04 | W512 | LEGAL POSTAGE | 0758 LPOST | | | 5.05 | 285.23 |
| /07 | D550 | INMATE PAYROL | 0781 PIA2 | | 35.48 | | 320.71 |
| /18 | W516 | LEGAL COPY CH | 0928 LCOPY | | | 2.10 | 318.61 |
| /18 | W476 | DONATION-PROT | 0934 TITHES | | | 5.00 | 313.61 |
| /21 | W516 | LEGAL COPY CH | 0982 LCOPY | | | 0.70 | 312.91 |
| /06 | D550 | INMATE PAYROL | 1107 PIA1 | | 36.20 | | 349.11 |

```
                              TRUST ACCOUNT SUMMARY
```

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 292.98 | 168.87 | 112.74 | 349.11 | 0.00 | 0.00 |

```
                                              CURRENT
                                             AVAILABLE
                                              BALANCE
                                             ---------
                                              349.11
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ORIGINAL FILED**
FEB 27 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number **CV 08 1156**

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. \_\_\_\_ you did not file an In Forma Pauperis Application.

2. ✓ the In Forma Pauperis Application you submitted is insufficient because:

   \_\_\_\_ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   \_\_\_\_ Your In Forma Pauperis Application was not completed in its entirety.

   \_\_\_\_ You did not sign your In Forma Pauperis Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison. - SENT TO TRUST ACCOUNT OFFICE

   ✓ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months. ATTACHED

   \_\_\_\_ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

BONG